UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KAREN PAXTON, on behalf of herself
and those similarly situated,

                    Plaintiff,

v.                                                         CASE NO: 8:08-CV-189-T-27MAP

MORROW'S INCORPORATED
and CHRIS D. TARRANT,

                    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge recommending that Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 16) be DENIED (Dkt. 19). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

1)      The Report and Recommendation (Dkt. 19) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)      Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Dkt. 16) is **DENIED**.

**DONE AND ORDERED** in Tampa, Florida, on this 27th day of August, 2008.

                                        JAMES D. WHITTEMORE
                                        United States District Judge

Copies to:
Counsel of Record

1